# EXHIBIT B

**Bosarge Diving Inc**
PO Box 2455
Pascagoula, MS. 39569-2455
(228) 762-6361 Telephone
(228) 762-6380 Facsimile
Email: office@bosargediving.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/18/2016 | 9392 |

| Bill To | Job Location |
|---|---|
| Signet Maritime Corp<br>3802 Port River Road<br>Pascagoula, MS 39567 | Signet Dock JCPA, Pascagoula, MS.<br>Tug "Signet Victory"<br>Diving Services to Inspect Port &<br>Starboard Propellers & Clear Buoy Line<br>Performed on Sunday 17 January, 2016 |

| Authorized By | P.O. Number | Due Date |
|---|---|---|
| Mr. Mark K. | Tug Signet Victory | 2/18/2016 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 2- Man Dive Team w/ Equipment to Inspect & Clear Fouled Propellers | 1 | 875.00 | 875.00 |

Thank You ! Your Business is Always Appreciated !
For Questions, Please call Our Office @ 888-762-6364

**Total Amount Due** $875.00