# EXHIBIT C

# Signet Maritime Corporation

Pascagoula Division
3802 Port River Road
Pascagoula, MS 39567

T (228) 762-5700
F (228) 762-5701
E Nichole.Murphy@SignetMaritime.com

Bill To:
Weeks Marine, Inc.
304 Galle Drive
Covington, LA  70433

# Invoice

Invoice #: 206492
Date: 1/21/2016
Due Date: 1/21/2016

Remit To:
Signet Maritime Corporation
3802 Port River Road
Pascagoula, MS 39567

Wire Transfer Instructions:
Wells Fargo Bank, N.A.    ABA No. 121000248
1000 Louisiana St.            A/C No. 4122047871
Houston, TX 77002           SWIFT WFBIUS6S



| Signet Job Number | Requisition / P.O. # | Project/Job # | Gross Registered Tonnage |
|---|---|---|---|
|  |  |  |  |

| Description | Service Date | Rate | Units | Amount |
|---|---|---|---|---|
| To invoice for the downtime and sea trials of the SIGNET VICTORY due to Weeks Maine's mooring system caught in the port side Z-Drive. TUG SIGNET VICTORY |  | 1,065.00 | 9 | 9,585.00 |
| Two (2) man dive team w/ equipment to inspect & clear fouled propellers- Bosarge Diving Inc Invoice 9392 (attached) |  | 875.00 |  | 875.00 |

All invoices not paid by the due date will be assessed a finance charge of 1½% per month.

**Total US**    $10,460.00

*Thank you for choosing Signet Maritime for this important work.*
*We are grateful for your business and strive to always exceed your expectations.*
*Please contact me personally if I may assist in any way possible.*

*Sincerely, J. Barry Snyder, President*