IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SIGNET MARITIME CORPORATION** § § § | | **PLAINTIFF/ COUNTER-DEFENDANT** |
| v. § § § | | Civil No. 1:16CV180-HSO-JCG |
| **WEEKS MARINE, INC.** § § | | **DEFENDANT/ COUNTER-CLAIMANT** |

### ORDER GRANTING [21] JOINT MOTION TO DISMISS

BEFORE THE COURT is the parties' Joint Motion to Dismiss with Prejudice [21] filed on November 8, 2016. Having considered the foregoing Joint Motion [21], the Court finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the parties' Joint Motion to Dismiss with Prejudice [21] is **GRANTED**, and all claims in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs in the litigation.

SO ORDERED, on this 9th day of November, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1