IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SIGNET MARITIME CORPORATION** § | | **PLAINTIFF/** |
| § | | **COUNTER-DEFENDANT** |
| § | | |
| **v.** § | | **Civil No. 1:16CV180-HSO-JCG** |
| § | | |
| § | | |
| **WEEKS MARINE, INC.** § | | **DEFENDANT/** |
| § | | **COUNTER-CLAIMANT** |

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard upon the Joint Motion to Dismiss with Prejudice [21] filed by the parties on November 8, 2016. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 9th day of November, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE